THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKAL SMITH, Appellant.

Submitted July 30, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Leonard J. Levenson, Esq., 255 Broadway, Room 1804, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHESTER J. THOMAS, Appellant.

Submitted July 23, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE THOMPSON, JR., Appellant.

Submitted July 30, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Jack H. Weiner, Esq., 1488 State Route 203, Chatham, New York 12037 assigned as counsel to the appellant on the appeal herein.